Same case below, 351 Fed. Appx. 433.

**No. 10-165. Brian Scott Culver, Petitioner v. United States.**

562 U.S. 896, 131 S. Ct. 336, 178 L. Ed. 2d 147, 2010 U.S. LEXIS 6273.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 598 F.3d 740.

**No. 10-167. Steven Blake Prindle, Petitioner v. Superior Court of California, San Bernardino County, et al.**

562 U.S. 896, 131 S. Ct. 337, 178 L. Ed. 2d 147, 2010 U.S. LEXIS 6362.

October 4, 2010. Petition for writ of certiorari to the Court of Appeal of California, Fourth Appellate District, Division Two, denied.

**No. 10-171. Laura Gonzalez-Vera, et al., Petitioners v. Michael Vernon Townley, et al.**

562 U.S. 896, 131 S. Ct. 337, 178 L. Ed. 2d 147, 2010 U.S. LEXIS 6140.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 389 U.S. App. D.C. 222, 595 F.3d 379.

**No. 10-172. Amanda Jean Florance, Petitioner v. Texas.**

562 U.S. 896, 131 S. Ct. 337, 178 L. Ed. 2d 147, 2010 U.S. LEXIS 6637.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Fifth District, denied.

**No. 10-182. McHenry Larsen, Petitioner v. Illinois.**

562 U.S. 896, 131 S. Ct. 346, 178 L. Ed. 2d 147, 2010 U.S. LEXIS 6222.

October 4, 2010. Petition for writ of certiorari to the Appellate Court of Illinois, First District, denied.

**No. 10-184. David England, Petitioner v. United States.**

562 U.S. 896, 131 S. Ct. 346, 178 L. Ed. 2d 147, 2010 U.S. LEXIS 6095.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 604 F.3d 460.

**No. 10-186. Laurence Halstead, III, Petitioner v. Government Employees Insurance Company (GEICO), et al.**

562 U.S. 896, 131 S. Ct. 343, 178 L. Ed. 2d 147, 2010 U.S. LEXIS 6412.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.